IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:13CR00153-002 |
| Plaintiff, | ) ) | JUDGE JAMES S. GWIN |
| v. | ) ) | |
| MELISSA A. DAVIS | ) ) | ORDER |
| Defendant. | ) ) ) | |

This matter was heard on June 29, 2015 upon the request of the United States Pretrial and Probation Office for a finding that defendant had violated the conditions of her supervised release. The defendant was present and represented by Attorney Darin Thompson.

The violation report was referred to Magistrate Judge Greg White to conduct an initial appearance and for the issuance of a Report and Recommendation. The Defendant admitted to the violation and a Report and Recommendation was filed June 9, 2015 (Doc. 61), and no objections have been filed.

The Court entertained statements from counsel for the parties, the Defendant and the supervising officer. The Court adopted the Report and Recommendation and found the following terms of supervision had been violated:

1

1:13CR00153-002
Melissa A. Davis
Gwin, J.

1. **Illicit Drug Usage** - On May 7, 2015, the offender submitted a drug test that tested positive for marijuana and the results were certified as positive by Alere Toxicology Services on May 16, 2015.

The Court noted the violation to be Grade C, and a Criminal History Category of II. The Court continued defendant's supervised release, and extends the period of supervision until January 2016.  Defendant is also order to successfully complete a cognitive behavior program.  All the other conditions of her supervised release will remain the same.

**IT IS SO ORDERED.**

Dated: June 29, 2015            s/   James S. Gwin
                                                    JAMES S. GWIN
                                                    UNITED STATES DISTRICT JUDGE